UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRELL A. WAGNER | CIVIL ACTION |
| VERSUS | NO. 11-2030 |
| BOH BROS. CONSTRUCTION CO., LLC. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## J U D G M E N T

Considering the court's Order and Reasons granting defendant's motion for sanctions in part and dismissing plaintiff's claims, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, the Boh Bros. Construction Co., LLC, and against plaintiff, Darrell A. Wagner, (a) dismissing plaintiff's claims with prejudice and (b) awarding defendant reasonable attorneys' fees that plaintiff must pay to defendant in the amount of $29,506.00, plaintiff to bear all costs of these proceedings.

New Orleans, Louisiana, this ___22nd___ day of August, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE